# Third District Court of Appeal

## State of Florida

Opinion filed December 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D24-1032 & 3D24-1047
Lower Tribunal No. 19-31683-CA-01

_____

**Ricardo Ferreira,**
Appellant,

vs.

**MTGLQ Investors, L.P.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Ricardo Ferreira, in proper person.

Padgett Law Group and Heather L. Griffiths (Tallahassee), for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal."); Zarate v. Deutsche Bank Nat'l Tr. Co., 81 So. 3d 556, 558 (Fla. 3d DCA 2012) ("Where there is no record of the testimony of witnesses or of evidentiary rulings, and where a statement of the record has not been prepared pursuant to Florida Rule of Appellate Procedure 9.200(a)(3) or (b)[5], a judgment which is not fundamentally erroneous on its face must be affirmed.").